26 A.3d 1071

IN THE MATTER OF STEEVE J. AUGUSTIN, AN ATTORNEY AT LAW (ATTORNEY NO. 023132001).

September 14, 2011.

**ORDER**

**STEEVE J. AUGUSTIN** of **NEWARK,** who was admitted to the bar of this State in 2001, having consented to his temporary suspension from the practice of law pending the conclusion of the ethics proceedings against him, and good cause appearing;

It is ORDERED that **STEEVE J. AUGUSTIN** be temporarily suspended from the practice of law, effective immediately, pending the conclusion of the ethics proceedings against him and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.